Morton S. Wolf v. George E. Roosevelt et al.— Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of B. H. Inness Brown et al.— Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

Harry Eriksson v. Refiners Export Company, Inc., Impleaded with Another.— Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

Lillian E. Rodriguez v. 724 Ninth Avenue Corporation.— Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

Thelma B. S. Lewisohn v. Dial Press, Inc., Impleaded, etc.— Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ. [See post p. 854.]

Rene Muller v. Edwin O. Holter et al.— Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

Edward F. Wagner, on Behalf of Himself and Other Stockholders of Loew's Incorporated v. George N. Armsby et al.— Present — Martin, P. J., Townley, Glennon and Dore, JJ.

The Ibibio Trading Corporation, Limited, Inc., v. West African American Corporation et al.— Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

Multiple Trading Corporation v. Demola Realty Corporation et al, etc.— Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

Charles Musarra, as President of Local 308 of Wood, Wire & Metal Lathers' International Union v. Walter M. Matthews, as Treasurer of Local 46 of the Wood, Wire and Metal Lathers' International Union.— Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

William H. Corum v. Dell Publishing Company, Inc., et al.— Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

Frank E. Cooper, Trustee in Bankruptcy of John L. Miller, v. John L. Miller et al.— Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

Clara Augerot et al. v. Empire City Subway Company, Ltd.— Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

The People of the State of New York ex. rel. Veegreen Holding Co., Inc., et al., v. James J. Sexton et al.— Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.